GURLEY ROBINSON V. THE STATE.

No. 21927.  Delivered February 11, 1942.

The opinion states the case.

No attorney for appellant.

*Spurgeon E. Bell,* State's Attorney, of Austin, for the State.

DAVIDSON, Judge.

Aggravated assault is the offense; the punishment; a fine of $50.00.

The record before us contains no notice of appeal. This court is, therefore, without jurisdiction to entertain the purported appeal.

The appeal is dismissed.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.